# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>OMAR BONIFACIO BONILLA, a/k/a "Pelon"<br>RENAULT LANSING KAY, a/k/a "Nault Pete," a/k/a "Chocolate"<br>JESSICA MARIA BONILLA<br>JOEL ORLANDO BONILLA-LOYA<br>GUILLERMO RIVERA-BONILLA<br>SHEENA SHAVETTE PERRY<br><br>*Defendant(s)* | )<br>)<br>)     Case No.  6:14 mj 69<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2010 - present__ in the county of __Smith__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846<br>18 USC § 1955(a)<br>18 USC § 1956(h) | • 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and Distribution of 500 grams or more of Methamphetamine and Other Controlled Substances.<br>• 18 U.S.C. § 1955(a) - Prohibition of Illegal Gambling Businesses.<br>• 18 U.S.C. § 1956(h) - Conspiracy to launder Monetary Instruments. |

This criminal complaint is based on these facts:
See Attachment.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Patrick D. Boland
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/14/2014

_____
*Judge's signature*

City and state: Tyler, Texas

Honorable K. Nicole Mitchell, U.S. Magistrate Judge
*Printed name and title*