|          | DATE:         | 7-15-2014        | **CASE NUMBER:** | | 6:14mj69-(3) |
| -------- | ------------- | ---------------- | ---------------- | --- | --- |
|          | LOCATION:     | Tyler            | | | |
|          | JUDGE:        | K. NICOLE MITCHELL | **USA** | **VS.** | **Jessica Maria Bonilla** |
|          | DEP. CLERK:   | Lisa Hardwick    | | | |
|          | RPTR/ECRO:    | Lisa Hardwick    | Richard Moore (appearing for Frank Coan) | | Charles Van Cleef |
|          | USPO:         | Lora Savoie      | | | |
|          | INTERPRETER:  | ----------------- | | | |
|          | TIME START:   | 3:39 p.m.        | | | |
|          | TIME END:     | 3:47 p.m.        | | | |

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| x | Initial Appearance called | x | Initial Appearance held |
| x | Defendant appears with counsel | x | Dft appears without counsel |
| x | Date of Arrest: **7-15-2014** | x | Dft's first appearance with counsel |
| x | Dft advised of charges | x | Df advised of right to counsel |
| x | Dft advised maximum penalties | x | Dft advised of right to remain silent |
| x | Dft requested court appointed counsel and examined re financial status | x | Court appointed: CJA Attorney Charles Van Cleef |
| x | Gvt Motion for Detention | x | Gvt Oral Motion for Continuance of Detention hearing |
|   | Order of Conditions of Release |   | Bond set: |
|   | Waiver of Detention |   | Waiver of Preliminary Hearing: |
| x | Order of Temporary Detention | x | Detention Hearing set for: 7-18-2014 at 9:00 a.m. |
|   | Order of Detention | x | Preliminary Hearing set for: 7-18-2014 at 9:00 a.m. |
|   | Order Finding Probable Cause | x | Dft remanded to the custody of the U.S. Marshals |