IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:14-CR-41 <br> Judge Schneider |
| OMAR BONIFACIO BONILLA (01) <br> a/k/a "Pelon" | § | |

## **ELEMENTS OF THE OFFENSE**

The defendant is charged in Count Two of the indictment with an illegal gambling business, in violation of 18 U.S.C. § 1955. The essential elements which must be proven to establish this violation are:

1. That five or more persons, including the defendant, knowingly conducted, financed, managed, supervised, directed, or owned all or part of a gambling business, as charged;

2. That such gambling business violated the laws of the state of Texas or some political subdivision thereof. Using any real estate as a gambling place is against the laws of the state of Texas. In addition, it is illegal under Texas law to conduct a horse race without an appropriate license from the Texas Racing Commission when betting on the outcome of the race occurs; and

3. That such gambling business was in substantially continuous operation for a period in excess of 30 days, or had gross revenue of $2,000 or more on any one day.

JOHN M. BALES
UNITED STATES ATTORNEY


*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:14-CR-41 |
| | § | Judge Schneider |
| OMAR BONIFACIO BONILLA (01) | § | |
| a/k/a "Pelon" | | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via the Court's CM/ECF system on this the 8th day of June, 2015.

/s/ L. Frank Coan, Jr.
L. Frank Coan, Jr.